# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-5373** **September Term, 2026**

**1:26-cv-00915-RJL**

**Filed On:** November 16, 2026

Viacheslav Ivanov, et al.,

Appellees

v.

Donald J. Trump, in his official capacity as the President of the United States, et al.,

Appellants

------------------------------

Consolidated with 26-5380

**BEFORE:** Millett, Katsas, and Rao, Circuit Judges

**O R D E R**

Upon consideration of the motion to expedite, it is

**ORDERED** that the response to the motion be filed by 5:00 p.m. on Wednesday, November 18, 2026. Any reply is due by 10:00 a.m. on Thursday, November 19, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk